UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v                                         Civil No. 11-10043
                                         Honorable: George Caram Steeh
TWENTY SEVEN THOUSAND       Magistrate Judge: Mona Majzoub
DOLLARS IN U.S. CURRENCY
($27,000.00), et. al.,

      Defendants *in Rem*.
_____/

### DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE
### AGAINST ALL INTERESTED PARTIES AS TO $27,000.00

This matter having come before the Court on Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties As to $27,000.00, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED and DECREED that the Plaintiff's Motion for Entry of Default Judgment and Final Order of Forfeiture Against All Interested Parties As to $27,000.00 is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant Twenty Seven Thousand Dollars in U.S. Currency ($27,000.00) is hereby **FORFEITED** to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the right, title, and ownership interest of Robert Armstrong, Artrinia Tenae Armstrong, and Edgar Wooley, or their successors and assignees to said interests, in the defendant $27,000.00, and any right, title and interest of all other persons, are hereby and forever **EXTINGUISHED**, and that clear title to the

defendant $27,000.00 is hereby **VESTED** in the United States of America.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States Marshals Service, or its delegate, is hereby AUTHORIZED to dispose of defendant $27,000.00 in accordance with law.

Dated: June 30, 2011

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 30, 2011, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk

---